AO91 (Rev. 12/03) Criminal Complaint    FELONY    AUSA

UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

May 14, 2021

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Jose Osvaldo BELMARES
A220 118 065 United States

**CRIMINAL COMPLAINT**

Case Number: 1:21-MJ- 518

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___May 13, 2021___ in ___Cameron___ County, in the ___Southern District Of Texas___ defendant(s) knowingly, willfully, and in reckless disregard of the fact that 20 persons were undocumented aliens, did bring in said aliens into the United States at a place other than a designated port of entry by the Secretary of Homeland Security or the Attorney General of the United States,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(i)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

On May 13, 2021, Border Patrol Agents responded to an alert from the mobile video surveillance system operator of two different groups that were approximately 150 yards apart from each other making their way north from the Rio Grande River in an area known as the Mather's Field in Brownsville, Texas. Agents arrived at the location and were able to apprehend a total of 21 subjects. After further investigation, based on the defendant's sworn statement and self-admission, Jose Olvaldo Belmares was attempting to smuggle 20 undocumented aliens into the United States for monetary gain.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_/s/ signature_
Signature of Complainant

Rodriguez, Rocio    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and on

May 14, 2021                                    at    Brownsville, Texas
Date                                                  City/State

Ignacio Torteya III         U.S. Magistrate Judge           _/s/ signature_
Name of Judge               Title of Judge                  Signature of Judge